Roy COLLINS v. STATE. (No. 10741.) (Court of Criminal Appeals of Texas. Jan. 19, 1927.) Appeal from District Court, Bosque County; Irwin T. Ward, Judge. J. P. Word, of Meridian, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is theft; punishment fixed at confinement in the penitentiary for a period of four years. The record contains neither statement of facts nor bills of exceptions. The indictment is sufficient to charge the offense. No error appearing, the judgment is affirmed.

**2**

E. J. EARL v. STATE. (No. 10679.) (Court of Criminal Appeals of Texas. Feb. 16, 1927.) Appeal from Fannin County Court; Sam E. Neilson, Judge. H. G. Evans, of Bonham, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for swindling; punishment fixed at confinement in the county jail for a period of 60 days. The record is before this court without statement of facts or bills of exceptions. The indictment appears regular, and no fundamental error has been perceived. The judgment is affirmed.

**3**

Dudley EDWARDS v. STATE. (No. 10435.) (Court of Criminal Appeals of Texas. Jan. 19, 1927.) Commissioners' Decision. Appeal from District Court, Val Verde County; L. J. Brucks, Judge. A. E. Aiken, of Rock Springs, Walter F. Jones, of Del Rio, and Douglas & Carter, Will A. Morriss, Guy S. McFarland and Will A. Morriss, Jr., all of San Antonio, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

BETHEA, J. The appellant was convicted of murder in the district court of Val Verde county, and his punishment assessed at 10 years in the penitentiary. The appellant has filed in this court his personal affidavit in writing, duly sworn to, requesting that this appeal be dismissed. Having carefully examined said affidavit, and found same to be in due form, the request is hereby granted, and the appeal is ordered dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**4**

Dave ELDRIDGE v. STATE. (No. 10465.) (Court of Criminal Appeals of Texas. Jan. 26, 1927.) Appeal from District Court, Hunt County; J. M. Melson, Judge. Jas. W. Bassett and H. L. Carpenter, both of Greenville, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for arson; punishment fixed at confinement in the penitentiary for a period of eight years. Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

**5**

Travis GERDES v. STATE. (No. 10719.) (Court of Criminal Appeals of Texas. Jan. 26, 1927.) Appeal from District Court, Wichita County; P. A. Martin, Judge. Edward G. Winegart, of Wichita Falls, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for receiving and concealing stolen property; punishment fixed at confinement in the penitentiary for a period of two years. The record is before this court without statement of facts or bills of exceptions. The indictment appears regular, and no fundamental error has been revealed. The judgment is affirmed.

**6**

E. M. HANKINS v. STATE. (No. 10657.) (Court of Criminal Appeals of Texas. Feb. 9, 1927.) Appeal from District Court, Mills County; Lewis H. Jones, Judge. Levi Herring, of Fairfield, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Conviction of misdemeanor theft; punishment, 10 days in the county jail and a fine of $250. The record is before us without any statement of facts. Each of the three bills of exception is entirely dependent upon the facts in the case for any presentation of error in the matters complained of, and without a statement of facts we cannot appraise same. Finding no error in the record, the judgment will be affirmed.